Murphree, Gary and Beve

| | | |
|---|---|---|
| AMERICAN EXPRESS<br>C/O ARSI<br>555 STCHARLES DR.S-100<br>THOUSAND OAKS, CA 91360 | CHASE BANK USA<br>C/O NATIONWIDE CREDIT<br>P.O. BOX 14581<br>DES MOINES, IA 50306 | LAKELAND RADIOLOGISTS<br>P.O. BOX 55589<br>JACKSON, MS 39296-5589 |
| AMERICAN EXPRESS<br>C/O ARSI<br>555 ST CHARLES DR S100<br>THOUSAND OAKS, CA 91360 | CHASE BANK, USA<br>C/O ARS NATIONAL SERV.<br>P.O. BOX 469046<br>ESCONDIDO, CA 92046 | MAHINDRA FINANCE<br>P.O. BOX 2000<br>JOHNSTON, IA 50131 |
| BELTWAY CAPITAL MANG.<br>EXECUTIVE PLAZA II<br>11350 MCCORMICK RD 902<br>HUNT VALLEY, MD 21031 | CITIBANK, NA HOME DEPO<br>C/O ALLTRAN FINANCIAL<br>P.O. BOX 4044<br>CONCORD, CA 94524 | MATTHEWSCUTRER&LINDSAY<br>599 C STEED RD.<br>RIDGELAND, MS 39157 |
| BP VISA<br>P.O. BOX 530942<br>ATLANTA, GA 30353 | CITIBANK/HOME DEPOT<br>C/O ALLTRAN FINANCIAL<br>P.O.BOX 722910<br>HOUSTON, TX 77272 | MEDICAL FOUNDATION OF<br>CENTRAL MS<br>P.O. BOX 23848<br>JACKSON, MS 39225 |
| CAPITAL ONE BANK<br>P.O. BOX 30285<br>SALT LAKE CITY, UT 84130 | CITIBANK/THE HOME DEPO<br>C/O CAVALRY<br>P.O. BOX 520<br>VALHALLA, NY 10595 | ORIGIN BANK<br>P.O. BOX 1325<br>RUSTON, LA 71273 |
| CAPITAL ONE BANK<br>C/O CLIENT SERVICES,<br>3451 HARRY S. TRUMAN B<br>SAINT CHARLES, MO 63301 | DISCOVER<br>P.O. BOX 790213<br>SAINT LOUIS, MO 63179 | PAFFORD EMERGENCY MED.<br>P.O. BOX 1120<br>HOPE, AR 71802 |
| CAPTIAL ONE BANK, USA<br>C/O PORTFOLIO RECOVERY<br>P.O. BOX 12903<br>NORFOLK, VA 23541 | DISCOVER<br>C/O NORTHSTAR LOCATION<br>P.O. BOX 49<br>BOWMANSVILLE, NY 14026 | PATH ASSOC. OF CTRL MS<br>5700 SOUTHWYCK BLVD.<br>TOLEDO, OH 43614 |
| CAVALRY SPV I, LLC<br>C/O STEPHANIE PATTON<br>P.O. BOX 17235<br>MEMPHIS, TN 38187 | GRANITE TELECOM<br>P.O. BOX 983119<br>BOSTON, MA 02298 | RADIOLOGICAL GROUP<br>C/O AMERICOLLECT<br>P.O. BOX 1566<br>MANITOWOC, WI 54221 |
| CHASE BANK<br>C/O MRS BPO, LLC<br>1930 OLNEY AVENUE<br>CHERRY HILL, NJ 08003 | JACKIE WARREN<br>117 HOLLYBUSH ROAD<br>BRANDON, MS 39047 | SANTANDER CONSUMER<br>P.O. BOX 660633<br>DALLAS, TX 75266 |

Murphree, Gary and Beverly Jo -

SOUTHERN INVESTMENT FU
5022 OLD CANTON ROAD
JACKSON, MS 39211

TRUSTMARK
P.O. BOX 1928
BRANDON, MS 39043

WELLS FARGO DEALER SER
P.O. BOX 17900
DENVER, CO 80217